William Spiker, Plaintiff-Appellee, v. Leslie Christenson, d/b/a Ham & Merv Taxi Co., Defendant-Appellant.

Term No. 56–O–3.

Fourth District.

January 28, 1957.

Rehearing denied March 1, 1957.

Released for publication March 1, 1957.

Frank G. Schubert, and Burroughs, Simpson & Burroughs, for defendant-appellant; Malcolm D. Durr, Samuel L. Xanders, for plaintiff-appellee. Opinion by JUDGE CULBERTSON. Not to be published in full.